# UNITED STATES DISTRICT COURT
### Eastern District of Washington

MIGUEL SALAMANCA,

               Plaintiff,

       v.

B. LONGINO, ARCHIE GRANT, and
LARRY HINES,

               Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-05-301-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the complaint and the claims therein be and the same are hereby dismissed with prejudice and without costs to any party hereto.

| | |
|---|---|
| June 22, 2006 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Linda Emerson |
| | *(By) Deputy Clerk* |
| | Linda Emerson |